THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Sim Chestnut, Appellant.
 
 
 

Appeal From Horry County
 Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2009-UP-109
Submitted March 2, 2009  Filed March 3, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; Solicitor J. Gregory Hembree, of Conway, for
 Respondent.
 
 
 

PER CURIAM: Sim
 Chestnut appeals his guilty plea and sentence for possession with intent to
 distribute crack cocaine, second offense.  He argues his guilty plea failed to
 comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969).  After a thorough review of the record, and counsels
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF, WILLIAMS,
and KONDUROS, JJ., concur.

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.